UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL D. SMITH, | No. 2:13-cv-2192 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 21, 2013, request to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

/////

1

1          2.  Plaintiff shall submit, within thirty days from the date of this order, a completed

2  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

3  of Court;

4          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

5  Forma Pauperis By a Prisoner; and

6          3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

7  his prison trust account statement for the six month period immediately preceding the filing of the

8  complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

9  action be dismissed without prejudice.

10 DATED: October 29, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/kly
smit2192.3c+.new

2