UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL D. SMITH, | No. 2:13-cv-2192 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. ECF No. 5.

By order filed on January 9, 2014, plaintiff was granted thirty days' leave to file an amended complaint pursuant to his request. ECF No. 10. On January 21, 2014, plaintiff again sought leave to file an amended complaint in a document inexplicably entitled "declaration in support of motion for temporary restraining order." ECF No. 13. It is unclear why plaintiff filed a second request to file an amended complaint after having been granted an opportunity to do so. However, the court will liberally construe the second request as one for an extension of time to file an amended complaint and will grant plaintiff one further opportunity to file an amended complaint. Once again, plaintiff is informed that should he fail to file an amended complaint, the original complaint will be screened.

////

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's request at ECF No. 13, construed as a request for an extension of time to amend his complaint, is granted; plaintiff has one further opportunity to file an amended complaint but must do so within thirty days; there will be no further extension of time.

2. If plaintiff elects not to amend his complaint, the court will proceed to screen the original complaint.

DATED: March 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE