UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL D. SMITH,<br><br>              Plaintiff,<br><br>      v.<br><br>R. RODRIGUEZ, et al.,<br><br>              Defendants. | No.  2:13-cv-2192 JAM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action filed pursuant to 42 U.S.C. § 1983.  On March 31, 2016, the court granted in part plaintiff's request for an order granting service of a subpoena duces tecum by U.S. Marshal on non-party San Joaquin General Hospital.  ECF No. 89 at 28.  Plaintiff was directed to return a signed subpoena containing only the requests approved by the court in the body of the order.  Id.  Plaintiff submitted the signed subpoena, and has included in his requests for production only those requests specifically permitted in the court's prior order.  The undersigned finds that plaintiff has complied with the court's March 31, 2016 order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days, the U.S. Marshal shall provide personal service of plaintiff's SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, along with the attached request for production and a copy of the instant order, upon San Joaquin

1

1 | General Hospital at the following address: San Joaquin General Hospital, Attn: Custodian of Records, 500 W. Hospital Road, French Camp, CA 95231-9693;

2. A copy of this order is to be served on the U.S. Marshal's Office, along with plaintiff's subpoena and attached requests for production directed to the Custodian of Records at San Joaquin General Hospital; and

3. Non-party San Joaquin General Hospital shall respond to the subpoena within twenty-eight (28) days from the date of service of the subpoena.

DATED: July 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2